■ JOSEPH C. AGNELLO et al., Doing Business as NIAGARA BUILDING CO., Respondents, v. JOHN J. CHAIKA et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Niagara County Court denying a motion by defendants to dismiss plaintiffs' complaint in an action to foreclose a mechanic's lien.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ CAROL J. GABLE, an Infant, by JOSEPH W. GABLE, Her Guardian ad Litem, Respondent, v. ROBERT TENNEY, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order of Cayuga Trial Term setting aside the verdict of a jury in favor of defendant for no cause of action, and granting a new trial in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ RUTH T. HILL, as Administratrix of the Estate of CARL E. HILL, Deceased, Plaintiff, v. UNION. CARBIDE & CARBON CORPORATION, Defendant and Third-Party Plaintiff-Appellant. C. H. HEIST, INC., Third-Party Defendant-Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term granting a motion by the third-party defendant that the third-party complaint be dismissed.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ In the Matter of SATYA PAL SOOD et al., Appellants, against EDWARD R. APPS, as City Clerk of the City of Syracuse, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term denying petitioners' application for an order directing respondent to issue a marriage license to them.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ. [208 Misc. 819.] [See 2 A D 2d 650.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE E. ROCKWELL, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY CIPOLLA, Appellant.— Motion to appeal on original record and handwritten briefs denied. The matters raised on this application would be properly considered upon the appeal from the judgment of conviction which appears to be pending.

# (March 23, 1956)

■ DAVID A. LOOKINGBILL, Respondent, v. COUNTY OF ERIE, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term for plaintiff in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of defendant's providing an unsafe place for him to work when he was a prisoner in the county jail. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ JOSEPH BAIOCCO, Respondent, v. MARY BAIOCCO, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Erie Equity Term for plaintiff in an action to impress a trust.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.